UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 09-cr-34-01-JL

<u>Michael Giles</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 13 ) filed by defendant is granted; Final Pretrial is rescheduled to August 31, 2010 at 4:00pm; Trial is continued to the two-week period beginning September 8, 2010, 9:30am.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*
_____
Joseph N. Laplante
United States District Judge

Date:  June 16, 2010


cc:   Jonathan R. Saxe, AFD
       Donald A. Feith, AUSA
       U.S. Marshal
       U.S. Probation